UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE GERARDO GONZALEZ
GONZALEZ and ISMAELA. TOLALPA
VILLA, individually and in behalf of all
other persons similarly situated,                                           JUDGMENT

                              Plaintiff,                                     17 CV509 (CBA) (RML)

    v.

ACCURA RESTORATION & WATERPROOFING
LLC; ACCURA RESTORATION INC.; SKYLINE
RESTORATION SERVICES, LLC; and MICHAEL
GRANT; jointly and severally,

                              Defendants.
------------------------------------------------------------X

        A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 25, 2017; and an Order of the Honorable Carol Bagley Amon, United States District Judge, having been filed on October 10, 2017 directing the Clerk of Court to enter judgment under Federal Rule of Civil Procedure 68, it is

        ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff and against Defendants in the amount of $15,000.00 inclusive of reasonable attorneys' fees, costs, and expenses and pre-judgment interest as set forth in the Offer of Judgment.


Dated:  Brooklyn, New York                                Douglas C. Palmer
        October 18, 2017                                     Clerk of Court

                                                      By:     */s/Jalitza Poveda*_____
                                                              Deputy Clerk